JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>HANSEN WELL-DO SERVICES, INC., SLIPPERY ROCK RANCH, LLC and DOES 1-15,<br><br>                    Defendants. | Case No.: CV12-2247 PA (AJWx)<br><br>**ORDER OF DISMISSAL** |

        Pursuant to the joint stipulation of counsel, all claims asserted by plaintiff Evanston Insurance Company against defendant Hansen Well-Do Service, Inc. and defendant Slippery Rock Ranch, LLC in this action are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: May 6, 2013

_____
The Hon. Percy Anderson, Judge
United States District Court

- 1 -

Order of Dismissal